# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case Nos. 3:15-cr-61-HDM-WGC |
| Plaintiff | 3:19-cv-371-HDM |
| v. | **Order** |
| Brian Fox, | |
| Defendant | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 motion (#856) on or before September 6, 2019.

IT IS SO ORDERED.

Dated: July 9, 2019

_____
Howard D. McKibben
Senior U.S. District Judge