UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>   v.<br>BRIAN FOX,<br><br>                  Defendant. | Case No. 3:15-cr-00061-HDM-WGC<br><br>ORDER |

Defendant Brian Fox will have until September 13, 2019, to file a reply to the government's response to his motion to vacate pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

DATED: This 13th day of August, 2019.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE

1