# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>v.<br><br>BRIAN FOX,<br><br>             Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case Number: 3:15-cr-00061-HDM-WGC<br>(Related Case: 3:19-cv-00371-HDM) |

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Brian Fox's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 856) is DENIED.

        **IT IS FURTHER ORDERED** that Brian Fox is DENIED a certificate of appealability.



Date: February 12, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk